IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAVID LEE BENN, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:06-CV-32(CDL) |
| CATHY MINISH, *et al.*, | * |
| Defendants | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 24, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 24th day of August, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE